JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| CLEVER IDIOTS, INC. and SHOKO MIMURA, | Case No. CV 13-6312-DMG (PJWx) |
|---|---|
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL [17]** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendants. | |

The parties having so stipulated and agreed, it is hereby ordered that the above-captioned case is DISMISSED without prejudice and without an award of costs or fees to any party.

DATED: August 26, 2014

                                    DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE